█ JEFFREY B. JACKSON, Respondent, v SOLVAY FREE UNION SCHOOL DISTRICT, Appellant. [682 NYS2d 652] —Order unanimously reversed on the law without costs and motion denied. Memorandum: Supreme Court erred in granting plaintiff's motion for partial summary judgment on liability under Labor Law § 240 (1). Plaintiff failed to establish that the absence of, or defect in, a safety device was the proximate cause of his injuries (*see, Weininger v Hagedorn & Co.,* 91 NY2d 958, 960, *rearg denied* 92 NY2d 875; *Felker v Corning Inc.,* 90 NY2d 219, 224). (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.